IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| COLONIAL ELECTRIC & PLUMBING SUPPLY OF HAMMONTON, LLC, <br><br> Plaintiff, <br> v. <br> COLONIAL ELECTRIC SUPPLY, LTD, <br><br> Defendant. | CIVIL NO. 05-5408(NLH) <br><br> **ORDER** |

For the reasons expressed in the Court's Opinion filed even date,

**IT IS HEREBY** on this 27th day of December, 2007

**ORDERED** that Defendant's motion for summary judgment [16] is **DENIED**; and it is further

**ORDERED** that Defendant's motion to seal [15] is **GRANTED.**


                                              s/ Noel L. Hillman
At Camden, New Jersey              NOEL L. HILLMAN, U.S.D.J.